UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 23.124.104.82,<br><br>Defendant. | Case Number: 3:24-cv-07610-LJC<br><br>Honorable Lisa J. Cisneros<br><br>**ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for January 30, 2025, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until March 29, 2025 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for January 30, 2025 is continued to May 1, 2025 at 1:30 p.m.

**DONE AND ORDERED**.

  Dated: January 24, 2025        By: _____
                                     **United States Magistrate Judge**
                                     Hon. Lisa J. Cisneros

1

Order on *Ex-Parte* Application for Extension to Effectuate Service and for
Continuance of the Initial Case Management Conference

Case No. 3:24-cv-07610-LJC